UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of July, two thousand and fifteen.

Before:     Debra Ann Livingston,
                   *Circuit Judge.*

_____
In the Matter of: Bernard L. Madoff Investment Securities LLC,
    Debtor,
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Susanne Stone Marshall, Adele Fox, Marsha Peshkin,
Russell Oasis,

    *Appellants,*                                  **ORDER**

    v.                                           Docket No. 15-1869

Irving H. Picard, Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC, Picower Parties, As Intervenors,

    *Appellees.*
_____
Susanne Stone Marshall, Adele Fox, Marsha Peshkin,
Russell Oasis, individually and on behalf of the classes
they represent,

    *Petitioners-Appellants*,

    v.                                           Docket No. 15-1886

Bernard L. Madoff, *et al.*,

    *Respondents-Appellees,*

Irving H. Picard,

    *Intervenor.*
_____

Irving H. Picard moves to consolidate the appeals docketed under 15-1869 and 15-1886.

IT IS HEREBY ORDERED that the motion is GRANTED.

                                                        For the Court:
                                                        Catherine O'Hagan Wolfe,
                                                       Clerk of Court

